903

Patrick J. MURPHY, et al.,
Plaintiffs–Appellees,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, et al.,
Defendants–Appellants.

Patrick J. MURPHY, an individual; Murphy's Markets, Inc., a California corporation; Ramsey Marketing and Management Co. ("Ramco"); aka: Ramsay Marketing and Management Co., a California corporation, Plaintiffs–Appellants,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, et al.,
Defendants–Appellees.

FEDERAL DEPOSIT INSURANCE
CORPORATION; First National
Bank, Plaintiffs–Appellees,

v.

Patrick J. MURPHY, Defendant–
Appellant.

Nos. 91–15511, 91–15640 and 91–15642.

United States Court of Appeals,
Ninth Circuit.

April 20, 1994.

Before: WALLACE, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

Michael K. BERNARD,
Plaintiff–Appellant,

v.

MAERSK LINES, LTD.,
Defendant–Appellee.

No. 92–56158.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 8, 1994.

Decided April 22, 1994.

